UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NIRMALA RAMNARAIN, *Personal Representative of the Estate of Rianna Ramnarain* <br><br> Plaintiff, <br><br> v. <br><br> JASON GROSSMAN, M.D., <br> GORDON HUGGINS, M.D, <br><br> Defendants. | Civil Action No.: 1:20-CV-10654-MPK |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned, being all of the parties to this action, hereby stipulate that this action be and hereby is dismissed, with prejudice and without costs, and with all rights of appeal waived.

The parties state that none of the defendants have made any payment on their behalf in exchange for this stipulation of dismissal.

Respectfully submitted,

| The plaintiff, | The defendants, |
|---|---|
| Nirmala Ramnarain, <br> Personal Representative of the Estate <br> Of Rianna Ramnarain, <br> By her attorneys, | Jason Grossman, M.D. <br> Gordon Huggins, M.D. <br> By their attorneys, |
| */s/ William J. Thompson* | */s/ William J. Dailey, III* |
| William J. Thompson, BBO No. 559275 <br> Lubin & Meyer, P.C. <br> 100 City Hall Plaza <br> Boston, MA 02108 <br> (617) 720-4447 <br> bthompson@lubinandmeyer.com | William J. Dailey, III, # 558837 <br> Victoria C. Goetz Berlyand, # 697060 <br> SLOANE AND WALSH, LLP <br> One Boston Place, Suite 1600 <br> Boston, MA 02108 <br> 617-523-6010 <br> wdailey3@sloanewalsh.com <br> vgoetz@sloanewalsh.com |

Dated: December 13, 2023

3169622.v1

## **CERTIFICATE OF SERVICE**

I, Victoria C. Goetz Berlyand, Esq., hereby certify that this document was served on the below counsel of record via email on December 13, 2023.

*William J. Thompson, Esq.*
*Julie A. Davis, Esq.*
*100 City Hall Plaza*
*Boston, MA 02108*
BThompson@lubinandmeyer.com
JDavis@lubinandmeyer.com


                                                */s/ Victoria C. Goetz Berlyand*
                                                Victoria C. Goetz Berlyand